UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY -3 PM 2: 28
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| JOHNNY JOHNSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| SHELBY COUNTY SCHOOLS, | CASE NO: 03-2911-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on April 29, 2005, this cause is hereby dismissed and judgment is entered in favor of the defendant, Shelby County Schools and against the plaintiff, Johnny Johnson.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

5/3/05
Date

_____
Clerk of Court
ROBERT R. DI TROLIO

_____
(By) Deputy Clerk

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:03-CV-02911 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Johnny Johnson
773 Margie Dr.
Memphis, TN 38127

Steven W. Dills
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Stephen L. Shields
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Honorable J. Breen
US DISTRICT COURT